**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50080 |
| Plaintiff - Appellee, | D.C. No. 2:03-cr-00460-RSWL |
| v. | |
| ABRAHAM FERREL GUTIERREZ, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Ronald S.W. Lew, District Judge, Presiding

Submitted January 11, 2010[**]

Before:    BEEZER, TROTT, and BYBEE, Circuit Judges.

Abraham Ferrel Gutierrez appeals from the district court's order denying his

18 U.S.C. § 3582(c)(2) motion for reduction of sentence.  We have jurisdiction

pursuant to 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

SZ/Research

Gutierrez contends that the district court erred when it denied his motion for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2). The district court correctly determined that it did not have the authority to reduce Gutierrez's sentence because Amendment 706 did not affect the applicable sentencing range. *See* 18 U.S.C. § 3582(c); *see also United States v. Leniear*, 574 F.3d 668, 674 (9th Cir. 2009). We reject Gutierrez's contention that application of § 3582(c)(2) to the drug quantity in his case renders his Guidelines' range mandatory.

**AFFIRMED.**